# UNITED STATES BANKRUPTCY COURT

## FOR THE

### EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In the Matter of:<br><br>THERESA Z CORBETT<br><br><br>Debtor | Chapter 13<br><br>Case No. 24-11952-BFK |

### OBJECTION TO CONFIRMATION OF MODIFIED PLAN, NOTICE OF OBJECTION TO CONFIRMATION OF MODIFIED PLAN AND NOTICE OF SCHEDULED HEARING ON THIS OBJECTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Chapter 13 Modified Plan filed February 3, 2025. The cause for this objection is as follows:

**Violation of 11 U.S.C. §1325(a)(6)** – Feasibility –
1) Plan calls for Debtor's property to remain vested in the estate until discharge, including her motor vehicle. Debtor should be required to provide verification of timely payment of the budgeted vehicle tax and insurance payments to Trustee during Plan term.
2) Plan is underfunded as follows at advertised percentage:

**PERFORMANCE:**

| | | |
|---|---:|---:|
| Amount of Plan Payment | 697.00 | 797.00 |
| Number of Months | 3 | 9 |
| | 2,091.00 | 7,173.00 |
| **Total Receipts** | 897.00x12 | 58,320.00 |
| | 997.00x12 | |
| | 1,097.00x24 | |
| **Disbursements Required:** | | |
| Attorney | 5,950.00 | |
| Taxes-Other Priority | 0.00 | |
| Secured | 0.00 | |
| Unsecured | 59,371.52 | 160,463.56x37% |
| Other | 0.00 | |
| Trustee | 5,832.00 | 10% |
| **Total Disbursement** | | 71,153.52 |

**Notice of Objection To Confirmation**
Theresa Z Corbett, Case # 24-11952-BFK

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

> File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1.  Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before twenty-one days from the service of this notice.  You must mail a copy to the persons listed below.

***Attend the hearing to be held on March 6, 2025 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.***  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 1414 Prince Street, Suite 202
> Alexandria, VA 22314
>
> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _February 20, 2025_____            ___/s/ Thomas P. Gorman_____
                                         Thomas P. Gorman
                                         Chapter 13 Trustee
                                         1414 Prince Street, Suite 202
                                         Alexandria, VA 22314
                                         (703) 836-2226
                                         VSB 26421

**Notice of Objection To Confirmation**
Theresa Z Corbett, Case # 24-11952-BFK

## CERTIFICATE OF SERVICE

I hereby certify that I have this 20th day of February, 2025, served via ECF authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

| | |
|---|---|
| Theresa Z Corbett | Daniel M. Press, Esquire |
| Chapter 13 Debtor | Attorney for Debtor |
| 750 Thornton Way | Chung & Press, P.C. |
| Apt 508s | 6718 Whittier Ave. Ste. 200 |
| Alexandria, VA 22314 | Mclean, VA 22101 |

    /s/ Thomas P. Gorman
Thomas P. Gorman