**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>THERESA Z CORBETT<br><br>Debtor | Chapter 13<br><br>Case No. 24-11952-BFK |

## **WITHDRAWAL**

      I ask that the Clerk of the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division to please withdraw Trustee's Objection to Confirmation filed with this Court on the above captioned matter and scheduled for hearing on April 17, 2025.

_April 16, 2025_____                                  _/s/ Thomas P. Gorman_____
Dated                                                      Thomas P. Gorman
                                                               Chapter 13 Trustee
                                                               1414 Prince Street, Suite 202
                                                               Alexandria, VA  22314
                                                               (703) 836-2226
                                                               VSB #26421

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 16th day of April, 2025 served via ECF to authorized users or mailed a true copy of the foregoing Withdrawal to the following parties.

                                                              Daniel M. Press, Esquire
                                                              Attorney for Debtor
                                                              Chung & Press, P.C.
                                                              6718 Whittier Ave. Ste. 200
                                                              Mclean, VA 22101

                                                              ___/s/ Thomas P. Gorman_____
                                                              Thomas P. Gorman