## United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**   24−11952−BFK
**Chapter**   13

**In re:**

Theresa Z Corbett
750 Thornton Way
Apt 508S
Alexandria, VA 22314

SSN: xxx−xx−4296                          EIN: NA

### NOTICE OF CONFIRMATION OF CHAPTER 13 PLAN OR
### AMENDED/MODIFIED CHAPTER 13 PLAN

Notice is hereby given of the entry of an order of this court on April 21, 2025, confirming the Chapter 13 Plan or Amended/Modified Plan filed by the debtor(s) in this case.

The original order is on file in the Clerk's Office.

Dated:   April 21, 2025                    For the Court,

                                           Charri S Stewart, Clerk
[ntcConfCh13PlanvNov2020.jsp]              United States Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

In re:

Theresa Z Corbett

    Debtor

Case No. 24-11952-BFK

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0422-9          User: KimberlyD          Page 1 of 3

Date Rcvd: Apr 21, 2025          Form ID: ntc13cfp          Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Theresa Z Corbett, 750 Thornton Way, Apt 508S, Alexandria, VA 22314-4396 |
| 16548237 | + | Bell Value Add Fund VII Old Town LLC, 300 N Greene St Ste 1000, Greensboro, NC 27401-2173 |
| 16548242 | + | Citibank NA, PO Box 6772, Sioux Falls, SD 57117-6772 |
| 16548246 | + | Iberostar The Club, Concord Servicing Corp, PO Box 29352, Phoenix, AZ 85038-9352 |
| 16548249 | | Planet Fitness, 60 Sussex Ave, East Orange, NJ 07018 |
| 16548251 | + | Secretary of Education, 400 Maryland Avenue, SW, Washington, DC 20202-0001 |
| 16548253 | + | The ASNY Company LLC, 801 S Rampart Blvd, Las Vegas, NV 89145-4826 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2025 02:30:16 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 16551827 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 22 2025 02:30:29 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16574522 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 22 2025 02:30:24 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16548234 | ^ | MEBN | Apr 22 2025 02:20:49 | Ally Financial, PO Box 71119, Charlotte, NC 28272-1119 |
| 16548235 | + | Email/PDF: bncnotices@becket-lee.com | Apr 22 2025 02:45:36 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 16584903 | | Email/PDF: bncnotices@becket-lee.com | Apr 22 2025 02:30:32 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16548236 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 22 2025 02:25:00 | Barclay's Bank, PO Box 8802, Wilmington, DE 19899-8802 |
| 16548238 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Apr 22 2025 02:30:36 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 16548239 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 22 2025 02:44:59 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 16548240 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 22 2025 02:30:35 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 16597828 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2025 02:30:38 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 16548244 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2025 02:30:18 | Citibank NA, PO Box 6062, Sioux Falls, SD 57117 |

| 16548243 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2025 02:30:28 | Citibank NA, PO Box 790110, Saint Louis, MO 63179-0110 |
|---|---|---|---|---|
| 16548241 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2025 02:30:38 | Citibank NA, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 16585337 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2025 02:30:19 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 16548245 | | Email/Text: mrdiscen@discover.com | Apr 22 2025 02:24:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 16552779 | | Email/Text: mrdiscen@discover.com | Apr 22 2025 02:24:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 16598637 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 22 2025 02:25:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 16570941 | + | Email/Text: RASEBN@raslg.com | Apr 22 2025 02:24:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 16548247 | + | Email/Text: Documentfiling@lciinc.com | Apr 22 2025 02:24:00 | Lending Club, 595 Market St Ste 200, San Francisco, CA 94105-5839 |
| 16596262 | + | Email/Text: Documentfiling@lciinc.com | Apr 22 2025 02:24:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 16548248 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 22 2025 02:25:00 | Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 16548250 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 22 2025 02:24:00 | PNC Bank, PO Box 3429, Pittsburgh, PA 15230 |
| 16600445 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 22 2025 02:24:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 16592266 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2025 02:30:38 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 16564369 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 22 2025 02:30:37 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16623109 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 22 2025 02:30:27 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 16601353 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 22 2025 02:30:41 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16548252 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 22 2025 02:30:17 | Synchrony Bank, PO Box 71738, Philadelphia, PA 19176-1738 |
| 16561788 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 22 2025 02:25:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 16548254 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Apr 22 2025 02:24:00 | US Attorney, 2100 Jamieson Ave, Alexandria, VA 22314-5794 |
| 16548255 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 22 2025 02:24:00 | Verizon Wireless, 500 Technology Drive Suite 550, Saint Charles, MO 63304-2225 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 16623115 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

| 16623118 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 16623126 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 16623110 | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2025                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Theresa Z Corbett dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Thomas P. Gorman | ch13alex@gmail.com  tgorman26@gmail.com |
| United States Trustee | USTPRegion04.NO.ECF@usdoj.gov  ustpregion04.ax.ecf@usdoj.gov;USTPRegion04.RH.ECF@usdoj.gov |

TOTAL: 4