UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

```
------------------------------------------------------------X
In re:                                          :    Chapter 13
                                                :
Theresa Z Corbett                               :    No. 24-11952-BFK
            Debtor.                             :
                                                :
------------------------------------------------------------X
```

### ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM NO. NO. 2-1 FILED BY U.S. Department of Education c/o Nelnet

Upon consideration of the objection of the Debtor to Proof of Claim No. 2-1, and there being no response thereto after due service, and it appearing that the claim should be disallowed, it is hereby ORDERED that the objection to Claim No. 2-1 is SUSTAINED, and that said claim is hereby DISALLOWED.

Dated: Jun 16 2025

/s/ Brian F Kenney
Judge, U.S. Bankruptcy Court

Entered on Docket: June 16, 2025

I ASK FOR THIS:

 /s/ Daniel M. Press
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor

SEEN:

/s/ Thomas P. Gorman
Thomas P. Gorman, Trustee

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

<u>Local Rule 9022-1(C) Certification</u>

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

      <u>/s/Daniel M. Press</u>
      Daniel M. Press

Copies to:
Counsel for Debtor (by CM/ECF)
Chapter 13 Trustee (by CM/ECF)

Civil Process Clerk
United States Attorney for the
  Eastern District of Virginia
2100 Jamieson Avenue
Alexandria VA 22314

Secretary
U.S. Department of Education
400 Maryland Avenue, SW
Washington, D.C. 20202

Attorney General of the US
950 Pennsylvania Ave NW
Washington DC 20530

U.S. Department of Education c/o Nelnet
121 S 13th St
Lincoln, NE 68508