# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

---------------------------------------------------------X
In re:                                              :     Chapter 13
                                                    :
**Theresa Z Corbett**                               :     No. 24-11952-BFK
       Debtor.   :
                                                    :
---------------------------------------------------------X

### ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM NO. NO. 2-1 FILED BY U.S. Department of Education c/o Nelnet

Upon consideration of the objection of the Debtor to Proof of Claim No. 2-1, and there being no response thereto after due service, and it appearing that the claim should be disallowed, it is hereby ORDERED that the objection to Claim No. 2-1 is SUSTAINED, and that said claim is hereby DISALLOWED.

Dated: Jun 16 2025

/s/ Brian F Kenney
Judge, U.S. Bankruptcy Court

Entered on Docket: June 16, 2025

I ASK FOR THIS:

/s/ Daniel M. Press
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor

SEEN:

/s/ Thomas P. Gorman
Thomas P. Gorman, Trustee

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

<u>Local Rule 9022-1(C) Certification</u>

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

     /s/Daniel M. Press
Daniel M. Press

Copies to:
Counsel for Debtor (by CM/ECF)
Chapter 13 Trustee (by CM/ECF)

Civil Process Clerk
United States Attorney for the
 Eastern District of Virginia
2100 Jamieson Avenue
Alexandria VA 22314

Secretary
U.S. Department of Education
400 Maryland Avenue, SW
Washington, D.C. 20202

Attorney General of the US
950 Pennsylvania Ave NW
Washington DC 20530

U.S. Department of Education c/o Nelnet
121 S 13th St
Lincoln, NE 68508

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 24-11952-BFK |
| Theresa Z Corbett | Chapter 13 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: Elizabeth | Page 1 of 2 |
| Date Rcvd: Jun 16, 2025 | Form ID: pdford2 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Theresa Z Corbett, 750 Thornton Way, Apt 508S, Alexandria, VA 22314-4396 |
| | + | Secretary, U.S> Departmetn of Education, 400 Maryland Avenue, SW, Washington, DC 20202-0008 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | ^ | MEBN | Jun 17 2025 00:44:28 | Attorney General of the US, 950 Pennsylvania Ave. NW, Washington, DC 20530-0009 |
| | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Jun 17 2025 00:47:00 | Civil Process Clerk, United States Attorney of the Eastern, District of Virginia, 2100 Jamieson Avenue, Alexandria, VA 22314-5702 |
| 16561788 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 17 2025 00:48:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0422-9 | User: Elizabeth | Page 2 of 2 |
| Date Rcvd: Jun 16, 2025 | Form ID: pdford2 | Total Noticed: 5 |

Daniel M. Press
    on behalf of Debtor Theresa Z Corbett dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email

Matthew W. Cheney
    ustpregion04.ax.ecf@usdoj.gov

Thomas P. Gorman
    ch13alex@gmail.com  tgorman26@gmail.com

United States Trustee
    USTPRegion04.NO.ECF@usdoj.gov  ustpregion04.ax.ecf@usdoj.gov;USTPRegion04.RH.ECF@usdoj.gov

TOTAL: 4