**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
ALEXANDRIA DIVISION

```
------------------------------------------------------------X
In re:                                      :        Chapter 13
                                            :
Theresa Z Corbett                           :        No. 24-11952-BFK
          Debtor.                           :
                                            :
------------------------------------------------------------X
```

### NOTICE OF CHANGE OF COUNSEL'S  ADDRESS

Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

        Dated: August 14, 2026.

                                    /s/ Daniel M. Press
                                    Daniel M. Press, VSB 37123
                                    Law Offices of Daniel M. Press
                                    201 Washington St.
                                    Cumberland MD 21502
                                    (703) 725-7600
                                    dan@danpress.us

Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Debtor

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of August, 2026, I caused to be served the foregoing Notice on the U.S. Trustee, the Chapter 13 Trustee, and all parties requesting notice by CM/ECF.

 _/s/ Daniel M. Press_____
Daniel M. Press